**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

NAFTALIE LEBOWITZ,

                              Plaintiff          Docket No.  **1:22-cv-00493-ENV-RML**

          -against-

EQUIFAX INFORMATION SERVICES, LLC,          <u>**NOTICE OF APPEARANCE**</u>
AND FORD MOTOR CREDIT COMPANY,
LLC,

                              Defendants

PLEASE TAKE NOTICE THAT the undersigned hereby appears as counsel for the Plaintiff,

NAFTALIE LEBOWITZ in the above-entitled action.

          Dated:  January 27, 2022

                              MARCUS & ZELMAN, LLC

                              By: <u>/s/ Ari H. Marcus</u>
                                        Ari H. Marcus, Esq.
                                        Attorneys for Plaintiff
                                        701 Cookman Avenue, Suite 300
                                        Asbury Park, New Jersey 07712
                                        Phone: (732) 695-3282
                                        Fax:    (732) 298-6256
                                        Email: Ari@MarcusZelman.com