AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| NAFTALIE LEBOWITZ,<br><br>*Plaintiff(s)*<br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, and<br>FORD MOTOR CREDIT COMPANY, LLC,<br><br>*Defendant(s)* | Civil Action No. 1:22-cv-493 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Equifax Information Services, LLC
c/o Corporation Service Company
2 Sun Court, Suite 400
Peachtree Corners, GA 30092

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Marcus & Zelman, LLC
701 Cookman Avenue, Suite 300
Asbury Park, NJ 07712

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 1/27/2022

/s/Priscilla Bowens
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:22-cv-493

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Equifax Information Service
was received by me on *(date)* 1/28/22

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* Alister Smith, who is designated by law to accept service of process on behalf of *(name of organization)* CSC - 2 Sun CT Peachtree Corner GA 30092 on *(date)* 1/31/22 ; or 244

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 1/31/22

*Margaret Cuddoe*
Server's signature

Margaret Cuddoe
Printed name and title

730 Peachtree St #570
Atlanta GA 30308
Server's address

Additional information regarding attempted service, etc: