
311297
Law Firm Ref#:

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

NAFTALIE LEBOWITZ,                              Case No.: **1:22-cv-493**

    **Plaintiff**
  VS

EQUIFAX INFORMATION SERVICES, LLC, and FORD MOTOR CREDIT COMPANY, LLC,

    **Defendant**

## AFFIDAVIT OF SPECIAL PROCESS SERVER

**Michael Mitchell** being first duly sworn on oath, deposes and states the following:

I am over the age of 18 and not a party to this action. I am an employee of It's Your Serve, Inc., Illinois Department of Financial and Professional Regulation number 117.000885.

INDIVIDUAL/ENTITY TO BE SERVED: **Ford Motor Credit Company LLC c/o CT Corporation**

I, Served the within named INDIVIDUAL/ENTITY on **1/31/2022 at 12:15 PM**

**CORPORATE SERVICE:** by leaving a copy of this process with **Derrick Hackett** (Title): **Intaake Specialist**, a person authorized to accept service. I informed that person of the contents thereof.

TYPE OF PROCESS: **Summon In a Civil Action; Civil action Complaint and Demand for Jury Trial**

ADDRESS WHERE SERVED: **208 S LaSalle Street, Ste. 814, Chicago, IL 60604-1101**

The sex, race and approximate age of the individual/entity with whom the copy of this process was left is as follows:

Sex: **Male** - Race: **African-American** - Hair: **Black** - Approx. Age: **30-35** - Height: **5'7** - Weight: **160**

The undersigned verifies that the statements set forth in this Affidavit of Service are true and correct.

State of **Illinois**
County of: **Cook**

_Michael Mitchell, Process Server_
Dated: **2/3/2022**

This instrument was subscribed and sworn before me on **2-3-22** (date)
By **Michael Mitchell** (name/s of person/s)

_Signature of Notary Public_

**OFFICIAL SEAL**
**WALTER SINDELAR**
**NOTARY PUBLIC, STATE OF ILLINOIS**
**MY COMMISSION EXPIRES: 8/8/2025**

It's Your Serve, Inc.
134 N. LaSalle Street, #1410
Chicago, IL 60602
(312) 855-0303

311297
Order #:311297/ILPRF441

OFFICIAL SEAL
WALTER SINDELAR
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 8/8/2025