

| Boris Brownstein | Clark Hill |
| --- | --- |
| T (609) 785-2923 | 210 Carnegie Center, Suite 102 |
| F (609) 785-2999 | Princeton, NJ 08540 |
| Email:BBrownstein@ClarkHill.com | T (609) 785-2968 |
| | F (609) 785-2999 |

February 18, 2022

**VIA ECF**

The Honorable Eric. N. Vitaliano
United States District Court
Eastern District of New York
225 Cadman Plaza E
Brooklyn, New York 11201

        Re:  *Lebowitz v. Equifax Information Services LLC. et al.*
               Case No.    1:22-cv-00493-ENV-RML

Dear Judge Vitaliano:

      Defendant, Equifax Information Services, LLC respectfully requests a 30-day extension to serve its response to Plaintiff's Complaint. Equifax Information Services, LLC's response is currently due on February 21, 2022. Equifax asks that this date be extended through March 23, 2022. Equifax Information Services, LLC has consulted with Plaintiff's counsel, who consents to the extension being sought. This is a first such request. The accompanying request to so-order the extension of time to respond to the Complaint, through and including March 23, 2022, is being submitted herewith for the Court's consideration.

      I thank the Court for its time and consideration of the within matters.

                                        Sincerely,
                                        CLARK HILL

                                        */s/*Boris Brownstein

                                        _____
                                        SO ORDERED

cc: All counsel of record (via email)